# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrea Baum : <br><br>　　　　Plaintiff, : <br><br>　　v. : <br><br>CWork Solutions, LP, et al : <br><br>　　　　Defendants : | JURY DEMANDED <br><br><br> No. 18-01442 |

## STIPULATION

Plaintiff, Andrea Baum ("Plaintiff") and Defendants, CWork Solutions, LP and Assurant Solutions, Inc., by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above captioned matter with prejudice and all parties bearing their own costs.

s/ Graham F. Baird
_____
Graham F. Baird, Esquire
Law Office of Eric A. Shore, P.C.
Attorney for Plaintiff, Andrea Baum

*/s/ Sheri Flannery*
_____
Matthew J. Hank, Esq. (PA # 86086)
Sheri M. Flannery, Esq. (PA # 316556)
Littler Mendelson, P.C.
Attorneys for Defendants

Dated: January 17, 2019

**BY THE COURT:**

_____
, U.S.D.J.